UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

All Underwriters at Lloyd's,
    Plaintiff,

-against-

14-cv-02150(JGK)

R.G. Ocean's, Inc.,
    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE**

_____/

The amended motion of Robert W. Stickney, for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the states of Florida (active) and Ohio (inactive); and that his contact information is as follows:

Applicant's Name: Robert W. Stickney

Firm Name: Robert W. Stickney, P.A.

Address: 100 SE 3rd Avenue, Suite 2510

City / State / Zip: Fort Lauderdale, Florida 33394

Telephone / Fax: (954) 767-8908 / (954) 767-8938

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant R.G. Oceans, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York *nunc pro tunc* to September 2, 2014. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/3/14

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/4/14