# ROBERT W. STICKNEY
### ATTORNEY AT LAW
One Financial Plaza
100 Southeast 3rd Avenue, Suite 2510
Fort Lauderdale, Florida 33394

Mailing Address:
Robert W. Stickney, P.A.
Post Office Box 2448
Fort Lauderdale, Florida 33303

Office: (954) 767-8908
Fax: (954) 767-8938
Cell: (954) 494-8173
RWS@STICKNEYLAW.COM

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ J.G. Koeltl*

John G. Koeltl, U.S.D.J.

9/4/14

September 3, 2014

The Honorable John G. Koeltl
United States District Judge
United States Courthouse, Courtroom 12B
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/5/14

Re: <u>All Underwriters at Lloyd's vs. R.G. Oceans, Inc.</u>, 14-cv-02150-JGK

Dear Judge Koeltl,

    I represent defendant R.G. Oceans, Inc., hereinafter R. G. Oceans, in the above referenced maritime insurance dispute. Counsel respectfully submits this letter motion to request an additional 30 day extension of time to respond to the instant Complaint. The original response date was August 12, 2014. On August 8, 2014 this Honorable Court granted a 21 day extension and set September 2, 2014 as the due date for defendant R. G. Oceans to respond to the Complaint. ECF Nos. 12, 13. If granted, defendant R. G. Oceans' response would be due on October 2, 2014. Plaintiff's counsel does not oppose defendant's motion for a 30 day extension. This extension does not affect any other scheduled dates.

    Defendant R. G. Oceans is a Delaware corporation yet its principal resides in Mexico. On behalf of defendant R. G. Oceans, counsel has endeavored to identify conflict free counsel experienced in maritime law who are admitted to practice in the Southern District of New York. To that end, counsel travelled to New York City from August 26, 2014 through August 29, 2014 and met with several extremely well qualified maritime lawyers, some of which were unable to represent R. G. Oceans due to client conflicts. Counsel believes that defendant R.G. Oceans will retain maritime counsel in the near future, probably within seven days. Whomever defendant R. G. Oceans retains will need sufficient time to familiarize themselves with the complex facts of this case and the applicable law before filing a response to the instant Compliant.

    I am prepared to submit a proposed Order for this Honorable Court's consideration. However, counsel would be grateful if the Court would consider endorsing this letter

motion.[1] Based on the foregoing, counsel respectfully requests that this Honorable Court grant an additional 30 day extension through October 2, 2014.

                                      Respectfully submitted,

                                      *[signature]*

                                      Robert W. Stickney/Fla. Bar No. 883130
                                      Counsel for Defendant R. G. Oceans, Inc.
                                      One Financial Plaza
                                      100 S.E. 3rd Avenue, Suite 2510
                                      Fort Lauderdale, Florida 33394
                                      Ph: (954) 767-8908/Fax:(954) 767-8938
                                      E-mail: rws@stickneylaw.com

Copy to:
Plaintiff's counsel via email and CM/ECF

---

[1] Counsel's *pro hac vice* motion is pending before this Honorable Court.